UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **RICHARD C. POND,** | : | CIVIL ACTION NUMBER |
| **Plaintiff,** | : | 3:09-CV-00348 (PCD) |
| | : | |
| **V.** | : | |
| | : | |
| **SAINT JOHN'S CHURCH,** | : | |
| **Defendant** | : | DECEMBER 22, 2009 |

### JOINT STIPULATION OF DISMISSAL

Pursuant to the Federal Rules of Civil Procedure, and Local Rule 41(b) for the District of Connecticut, Plaintiff Richard C. Pond and Defendant St. John's Church, by agreement, hereby stipulate to the dismissal with prejudice of all of Plaintiff's claims. All parties shall bear their own costs, expenses, and attorneys' fees, except as may specifically and expressly be agreed to by the parties.

| Plaintiff, Richard C. Pond | Defendant, St. John's Church |
|---|---|
| By: _____/s/_____ | By:_____/s/_____ |
| Peter B. Prestley (ct15799) | Frank F. Coulom (ct05230) |
| Madsen, Prestley & Parenteau, LLC | Robinson & Cole LLP |
| 44 Capitol Avenue, Suite 201 | 280 Trumbull Street |
| Hartford, CT 06106 | Hartford, CT 06103-3597 |
| Tel. (860) 246-2466 | Tel. (860) 275-8200 |
| Fax. (860) 246-1794 | Fax: (860) 275-8299 |
| pbprestley@mppjustice.com | fcoulom@rc.com |

## CERTIFICATION OF SERVICE

I hereby certify that on the 22nd day of December, 2009 a copy of the foregoing Motion was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

_____/s/_____
Peter B. Prestley